1  Andrew J. Moore
   7107 Broadway AVE
2  Lemon Grove Ca 91945

FILED

07 OCT 29 PM 3: 59

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the state of California | ) Case No.: '07 CV 2059 JM (BLM) |
| | ) **NOTICE OF REMOVAL OF** |
| | ) **STATE ACTION** |
| Fictitious plaintiff | ) **(Originally filed as Case No.** |
| vs. | ) |
| | ) |
| Andrew J. Moore | ) 28 USC 1443 (1) |
| | ) |
| Defendant | |

Officer stone/ **Victor Morel** #2312 ,

Third Party Defendant

---

TO THE FICTITIOUS PLAINTIFF HERETO:

NOTICE IS HEREBY GIVEN that Defendant Andrew J. Moore hereby removes this action from the Superior Court of California Southern Judicial District to the United States District Court for the Southern District of California.

The grounds for removal are as follows:

1. **I Andrew J. Moore a Foreign African National/ Domicile Country Africa** Declare and Attest that the Constitution for the united States of America

Delegated from the Three Branch of Government only

Administrative Jurisdiction to the Executive Branch of Government and its Created states Agencies, etc.

1

2

3
2. the Affirmative Fact the Constitution for the united States

4
of America Delegated only to the Judicial Power to Article III

5
Court Criminal Jurisdiction to Prosecute and any explicit

6
statutory enactment protecting equal racial civil rights of

7
Legislative/ Congress out side of its Extra- territory Special

8
Maritime 10 Mile Postal /Military Border of the United states

9
in Washington D.C. ( Human Rights under the Foreign Sovereign

10
Immunity Act of Foreign African National (b)Also in the

11
Constitution for **the united States of America Article 1**

12
**section 10 Prohibits the Use of EX POST FACTO Law (The Penal**

13
**Code/State law/ City Ordinance**) and in every Judicial Maritime

14
Proceeding the Administrative Judicial officer of the Peace

15
has and Will Relate before the juries state doesn't Recognize

16
the Constitution and state court administrative judicial

17
officer of the Peace will further mention the only

18
constitutional Court is the U.S. Supreme Court and all Federal

19
Rights will continue to be Ignore **Georgia v Racheal, 384 U.S.**

20
**780 (1966);Greenwood v Peacock, 384 U.S.808 (1966)**     .

21
3. Andrew J. Moore is defendant in the above-entitled criminal

22
action filed in the Superior Court of San Diego Southern
Judicial District, Case No.    Has and will Removed.

23

24
4. Pursuant **to 28 USC 1443(1)** Only Certain Type of Criminal

25
Cases may be Removed and due to the Affirmative Fact

26
Elective Official Bonnie Dumanis , Spokespersons for the

27
Fictitious Plaintiff after a Successful Challenge Under

28

NOTICE OF REMOVAL - 2 -

5. Title 5 556 D OF The Governmental Employees to Display the
   Burden of Proof, and Disclosures of the Contract of
   Affreightment under the Gold Fringe Flag of War, Army
   Regulation 840-10, not to Mention the Defendant doest Know
   the True Nature and Cause of Accusation, and the Fictitious
   Abandon the Battle field in silence and Refuse to show how
   a Claim of Relief can be Granted/ Order to Show Cause why a
   Tort Claim shouldn't be issue  or libel, and the state
   court Judge failure to verified the Criminal Complaint, so
   the Close Escrow account can be Review, so the Respondent
   can test the Validity of what he pleading to, and if this
   Ex Post Facto Law the Penal Code is a Valid law or another
   Perpetrations of fraud of Legislative, for their no
   Evidence that this penal Code that Apply to only Military
   office and not the Public at Large for the penal has no
   Enacting Clause, No Enforcement Act, nor did Congress or
   Legislative Written the Penal, and the Ultimate fact this
   none bonded law is a perpetration of fraud of legislature.

1  . Concurrently herewith Andrew J. Moore is filing a copy of this

2  Notice of Removal with the aforesaid Superior Court in which it

3  has been pending.

4  WHEREFORE, Defendant Andrew J. Moore hereby removes the above-

5  referenced action pending against her in the District Court of

6  San Diego California, Southern Judicial District to this Court.

7

8

9  Dated:  _Oct 29, 2007_          Respectfully submitted,

10

11                     _____

12                     Andrew J. Moore, A Foreign State

13                     National UCC 1-207.7 "without

14                     prejudice"

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN CUSTODY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## CENTRAL DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

ANDREW JACKSON MOORE,

*dob 04/14/43, Booking No. 07772194A;*

Defendant

CT No.  CD209248
DA No.  ACC998

COMPLAINT-FELONY

| INFORMATION |
|---|
| Date: _____ |

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| MOORE, ANDREW JACKSON | DNA sample required upon conviction |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC476a(a) <br> MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 2 | PC476a(a) <br> MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 3 | PC476a(a) <br> MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 4 | PC476a(a) <br> MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 5 | PC476a(a) <br> MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 6 | PC476a(a) <br> MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CD209248, CONSISTS OF 7 COUNTS.

Executed at San Diego, County of San Diego, State of California, on September 27, 2007.

_____
COMPLAINANT

INFORMATION

_____
Date

BONNIE M. DUMANIS
District Attorney
County of San Diego
State of California
by:

_____
Deputy District Attorney

i hereby certify that the foregoing instrument is a
full, true & correct copy of the original on file in
this office, that said document has not been revoked,
annulled or set aside, and it is in full force and effect.

Attest: ____OCT 0 5 2007____

, Clerk of the Superior Court of the State
of California, in and for the County of San Diego

By _____ Deputy

Page 5 of 5, Court Case No. CD209248

# UNITED STATES DISTRICT COURT
# SOUTHERN JUDICIAL DISTRICT

## DECLARATION OF SERVICE

I am over the age of 18 and I hereby attest and confirm that I
personally served an Authorized Agent of
**SUPERIOR COURT OF CALIFORNIA**
**at their place of business known as 880 FRONT ST , San
Diego, CA  92101, and that I served the  following documents:**

## NOTICE OF REMOVAL & EXHIBITS  .

**To Proof of Service,  I do hereby declare to be true and correct
to the best of my knowledge and ability that I have served the
party(s) named hereon with a true copy of the document
within.**

**This 29TH Day Of  October 2007**

_____  Signature of Person Serving

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
People of the State of California

## DEFENDANTS
Andrew J. Moore
7107 Broadway #277
San Diego, CA 92114

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

'07 CV 2059 JM (BLM)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☑ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☑ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | | **PERSONAL PROPERTY** | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☑ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1443 Sec. 1

Brief description of cause:
Removal of State Action to Federal Court

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE   October 29, 2007

SIGNATURE OF ATTORNEY OF RECORD   Andrew J. Moore

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____