**PLAINTIFF/PETITIONER/MOVANT'S NAME**: ANDREW JACKSON MOORE

**PRISON NUMBER**: 

**PLACE OF CONFINEMENT**: 

**ADDRESS**: 2102 BROADWAY AVE #202, LEMON GROVE CA 91945

FILED
07 OCT 29 PM 4:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# United States District Court
## Southern District Of California

PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff/Petitioner/Movant

v.

ANDREW JACKSON MOORE
Defendant/Respondent

Civil No. 07CV 2059 JM (BLM)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, ANDREW JACKSON MOORE, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under ATTESTMENT** ~~penalty of perjury~~:

1. Are you currently incarcerated? ☐ Yes ☒ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?         ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                              H:\CIV-67.wpd

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. RANGER PATROL
   5562 GROVES AVE.
   EL CAJON CALIF 92020
   $1100 NET

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☒ Yes ☐ No
   d. Disability or workers compensation               ☒ Yes ☐ No
   e. Social Security, disability or other welfare     ☒ Yes ☐ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. SOCIAL SECURITY $820
   DISABILITY $50
   RETIREMENT 1100

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): FINANCIAL CREDIT UNION
   b. Present balance in account(s): $64.

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s): FINANCIAL CREDIT UNION
   b. Present balance in account(s): $82.

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: TOYOTA   Year: 2006   Model: SCION
   b. Is it financed? ☒ Yes ☐ No
   c. If so, what is the amount owed? $19,000

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __ANITA  WIFE  (ALL)__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   PREMIER BANK $300    / SEARS $2500,
   CREDIT ONE BANK $300  / HSBC 500,
   CTO/CAL OEC MONTHLY $600 /

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____

I declare under ~~penalty of perjury~~ ATTESTED that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__Oct 29, 2007__          __Andrew J. Moore__
      DATE                    SIGNATURE OF APPLICANT