Andrew Moore
7107 Broadway Ave #277
Lemon Grove, CA 91945

FILED
07 OCT 31 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

                    DEPUTY

# UNITED STATES DISTRICT COURT
## COUNTY OF SAN DIEGO

| | |
|---|---|
| People of the State of California<br><br>        Plaintiff,<br><br>    vs.<br><br>Andrew Moore<br>        Defendant(s) | Case No.: 07-CV-2059 JM<br>**Application For Motion For Summary Judgment.**<br>Date: December 14, 2007<br>Time: 11:30 AM<br>Dept: 15 |

**NOTICE TO THE COURT AND ALL PARTIES OF INTEREST, PLEASE TAKE NOTICE**

On or around December 14, 2007 at 11AM in dept. 15, in the court listed in the above, an application for order/motion for Summary Judgment will be supported by memorandum points and authorities, verified affidavit, order form and attachments of Uniform Commercial Code financial statement, certified mail receipt to the Secretary of the Treasury for adjustment of account under Public Policy HJR-192.

10/31/07

Henceforth Submitted,

_Andrew J Moore_
Andrew Moore, Secured Party, and spokesperson for the unincorporated Corporation (ANDREW MOORE)

Application in support of Motion for Summary Adjudication - 1

# UNITED STATES DISTRICT COURT
# SOUTHERN JUDICIAL DISTRICT

## DECLARATION OF SERVICE

I am over the age of 18 and I hereby attest and confirm that I personally served an Authorized Agent of
United States District COURT
at their place of business known as 880 FRONT ST, San Diego, CA 92101, and that I served the following documents:

**Summary Judgment – Application / Pts / Affidavit.**

To Proof of Service, I do hereby declare to be true and correct to the best of my knowledge and ability that I have served the party(s) named hereon with a true copy of the document within

This 30TH<sup>th</sup> Day Of October 2007

_____  **Signature Of Person Serving**