1  Andrew J. Moore
   7107 Broadway Ave
2  Lemon Grove Ca 91945

FILED

07 OCT 31 PM 4: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

3

# UNITED STATES DISTRICT COURT
4
# SOUTHERN DISTRICT OF CALIFORNIA
5

DEPUTY

6                                    ) Case No.: 07CV2059 JM
7                                    )
    People of the State of          ) NOTICE OF AFFIDAVIT
8                                    ) IN SUPPORT OF MOTION FOR
   California                       ) SUMMARY JUDGMNENT AND
9                                    ) Alternative order to show cause
              plaintiff             )
10                                   ) **Supported by Andrew J. Moore**
       vs.                          ) **Foreign African National**
11                                   )
   **Andrew J. Moore**               )
12                                   )
13 Defendant/ Respondents

14

15 ─────────────────────────

16            **Statement of Understanding**

17   Motion for Summary Judgment or summary adjudication, the

18 burden is always on the moving party to show there is no triable

19 issue of material fact.  When the moving party who has no

20 standing, The People of the state of California/ Fictitious

21 Plaintiff, who is moving in a Contempt of Court Proceeding (

22 Corporation Move Against a Real Party/Foreign African National)

23  the burden is to display that there is no perpetration of fraud

24 of legislature by showing the title, and the bonded statutes by

25 legislature/ enacting clause and a verified complaint rather

26 than a sham information / complaint requesting for discovery,

27 etc..  Until this is done,

28

the **defendant has no burden to produce opposing evidence or to disprove anything at all...** (231 CA. 3d 338, citing Hayward Union High School District v. Madrid (1965).  234 C.a. 2d 396, Following United Community Church.

**Worrier**

The Respondents **Andrew J. Moore, a Foreign State National, None Accommodating Party/None -U S. Corporate Federal Employee of the United States nor aka Citizen of the United States nor its Created State agencies / Extra-territory Reservation Border of the District of Columbia, hereby filed this Motion for Summary Judgment in Favor The Respondent Andrew J. Moore who successfully challenge the fictitious Plaintiff Spurious Sham.**

The Ultimate Fact pursuant, their Exist **Three Branch's of Government mentioned in the National Constitution.** The **Executive Branch of Government was given only Administrative Power,**

**-only the Judicial Branch of Government was Granted Executive order by way of a Article III Court and has Power to Prosecute.** Not to Mention **No Administrative Judicial officer of the Peace has been Appointed as a Article III Judge,** and he further Knew or should have Known **State Court** has no Appointment of Article III Judges, nor is Superior Court a Article III Court, **only a Legislative Court that operates under Maritime law, and doesn't Recognize the 7th Amendment of the U. S. Constitution, that grants any controversy over $20 pursuant to the rules of the common law of England, not Maritime law,** nor is there any Executive Order delegated to California State Constitution which was Repealed in 1879 and Never Ratified, the Affirmative Fact

1  the Respondent has reason to believe each day, as long as

2  Superior Court doors are open , Mix Domestic War has/will

3  continue to be declared on the people And the General Public at

4  Large , a direct violation of the law of the Nations / The

5  Geneva Convention which Prohibits crime against humanity and

6  slavery into a maritime Silent contract of Affreightment, and

7  the Ultimate fact the General Public at Large are in Jeopardy

8  since 1879 due to operation under color of office and State law-

9  **Enforcing EX POST FACTO LAWS A NON-CONSTITUTIONAL LAW(the Penal**

10 **Code**) which has no enforcement Act, No Enacting Clause, nor has

11 Legislative or Congress Written it. **Article 1 section 10**

12 **prohibits Ex Post Facto Laws** and their Exists No Executive Order

13 for said Corporation's door to continue to be open, Pursuant to

14 the Civil Right's Act of the 1863's are Acts and rights of the

15 Government (Including the U. S. Constitution). I **Andrew J. Moore**

16 **a Foreign African National is not a party to the Constitution**

17 **for the united States of America, for this reason I adopted  the**

18 **special-choice-of- law -Rule, under Treaties of the United**

19 **Nations.**  Further adoption of law of the Nations and the World

20 Constitution - The Universal Declaration of Human Rights, the

21 International Bill of Rights( Written by Former President Jimmy

22 Carter)or Reservation of Rights under the Geneva Convention

23 which Prohibit Crimes Against Humanity and Genocide, as State

24 court administrative Judicial officer of the Peace , etc.

25                                         (b)Informal Request for

26 Discovery aka Affidavit of Obligation , and 24hrs Challenge

27 under Title 5 566 (d) of Elective Official Bonnie M. DUMMANIS

28 to Display the Burden of Proof , Sign under their full

1  Commercial Liability, under the Penalty of Perjury along with

2  Hazard Bond Number and Address and said exhibit of Claim

3  submitted to Hazard Bond, for it's a Felony if the District

4  Attorney fails to summit a Valid Claim, and Judicial Notice

5  Elective Official Bonnie M. DUMANIS  failure to give full

6  disclosure (1)Freedom of Information Act, Contract of

7  Affrieghtment under the Gold Fringe Flag of War, Army

8  Regulation 840-10 -and Identify what is the True Name of the

9  Creditor's and who the Debtor's etc.     (2) Elective Official

10  Bonnie M. Dumanis failed to give full Disclosures of Contracts

11  and How a Claim of Relief Can be Granted?

12  (3)Further Judicial Notice of Elective Official Bonnie M.

13  Dumanis  Abandoned the Battle Field By Non-Rebuttal of the Above

14  Mentioned, which forced default after 72 hrs of Service to the

15  Criminal Division of the City Attorney. As a Spurious Attempt to

16  Avoid being Served, further Evidence of **Judicial Oversight/Bias**

17  **by one Victor Morel detective**/officer who submitted the spurious

18  Information / Maritime Claim under the Color of office and State

19  law , Unethical Outrageous Behaviours made by another Non Valid

20  Warrant less **arrest of the Defendant while he was acting as/ in**

21  **Process Service, the Warrant less Arrest made in front of the DA**

22  **secretary after service to One of the District Attorney's**

23  **offices: 220 W Broadway, San Diego California.**

24

25

26                              (c)CAVEAT Judicial Notice to

27  the Chief Clerk of the  State Court, who/for Commercial

28  Dishonour by Refusal to(Set-off) for Deposit to the Treasury

Department in Washington D.C. under my Exemption #I. D. Number,

1  Special Maritime Extra-territory Judicial Claim / Which I

2  Accepted for value, and further Instruction to Release all the

3  Property to me (Notice of Interest/lien) Before the End of

4  Business hours, and Quash all future motions, Silent Judgment/

5  Peremptory Challenge to the entire State court jurisdiction,

6  under the statue of Fraud. The Constitution for the united

7  States of America, mentions: **any controversy over $20 Shall be**

8  **governed pursuant to the rule of the common law and not Maritime**

9  **law –**

10    The Respondent Andrew J. Moore could not prevail in state

11  Court due to the Ex Post Facto Penal Code (Perpetration of Fraud

12  of Legislature/ Congress who Never Written the Penal Code), and

13  this City Ordinance is Repugnant to the First Amendment of the

14  Constitution for the united States of America. To invoke federal

15  jurisdiction under section 1443, Also the criminal prosecution

16  is pending in State court, the **defendant has demonstrated that**

17  **he "is denied or cannot enforce in the courts of such State a**

18  **right under any law providing for equal rights of a citizen of**

19  **the United States, or of all person within the Jurisdiction**

20  **thereof mention in the above".**28 U.S.C. Section 1443(1)

21

22

23

24

25

26

27

28

## Verification

I **Andrew J. Moore** , **Foreign African National attest and Declare,
I was Denied the Review of  the Alleged Verified Criminal
Complaint aka Finding of the Court(Tax Assessment of the Close
Escrow Account/state court case number listed in the Removal, I
further declared an Informal Request for Discovery** aka
**Peremptory Challenge** /Affidavit of Obligation , and 24hrs
Challenge under Title 5 566 (d) of Elective Official Bonnie M.
DUMMANIS  to Display the Burden of Proof , Sign under their full
Commercial Liability, under the Penalty of Perjury along with
Hazard Bond Number and Address and said exhibit of Claim
submitted to Hazard Bond, for it's a Felony if the District
Attorney fails to summit a Valid Claim, and Judicial Notice that
Elective Official Bonnie M. DUMANIS  failed to give full
disclosure (1)Freedom of Information Act, Contract of
Affrieghtment, under the Gold Fringe Flag of War, Army
Regulation 840-10 -and Identified what is the True Name of the
Creditor's and who the Debtor's etc.

 CAVEAT Judicial Notice to the Chief Clerk of the  state Court,
who Commercially Dishonoured by Refusal to(Set-off) for Deposit
to the Treasury Department in Washington D.C. under my Exemption
#I.D. Number,  Special Maritime Extra-territory Judicial Claim /
Which I Accepted for value, and further Instruction to Release
all the Property to me(Notice of Interest/lien) Before the End
of Business hours, and Quash all future motions, Silent
Judgment/ Peremptory Challenge to the entire State court
jurisdiction, under the statue of Fraud. The Constitution for
the united States of America, mentions: **any controversy over $20**

1  **Shall be governed pursuant to the rule of the common law and not**

2  **Maritime law.**

3

4  Dated: _10/31/07_                    Respectfully submitted,

5

6

7

8  Andrew J. Moore, Foreign State National

9  UCC 1-207.7 "without prejudice"

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28