# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW J. MOORE,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07 CV 2059 JM (BLM)<br><br>**ORDER *SUA SPONTE* REMANDING ACTION TO STATE COURT AND DECLARING MOTIONS TO PROCEED *IN FORMA PAUPERIS* AND FOR SUMMARY JUDGMENT MOOT** |

　　　　On October 29, 2007, Defendant filed a Notice of Removal of a criminal case pending against him in San Diego Superior Court. In addition, Defendant names "Officer stone/ Victor Morel #2312" as a third-party defendant. Defendant seeks to remove the criminal proceeding pursuant to 28 U.S.C. § 1443(1). Defendant also filed motions to proceed *in forma pauperis* (see Docket no. 2) and for summary judgment (see Docket no. 3).

　　　　Section 1443 permits removal of certain state court criminal matters. To invoke federal jurisdiction under § 1443, not only must a criminal prosecution be pending in state court, but the state court defendant must demonstrate that he or she "is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof." 28 U.S.C. § 1443(1). Upon careful review of the Notice of Removal, Defendant fails to identify any cognizable civil right not enforceable in state court. Thus, pursuant to 28 U.S.C. § 1446(c)(4), this action is summarily remanded to state court. Accordingly,

1  Defendant's motions to proceed *in forma pauperis* and for summary judgment are hereby declared
2  moot. The Clerk of the Court is instructed to close the file.
3      **IT IS SO ORDERED.**
4  DATED: November 2, 2007
5                                                   Hon. Jeffrey T. Miller
6                                                   United States District Judge
   cc:       All parties